*April 29, 1930.*

THOMAS, Respondent, vs. SCHRUM and another, Appellants.

For the appellants: *James E. Coleman* of Milwaukee, attorney, and *V. J. O'Kelliher* of Oconto of counsel.

For the respondent: *Allan V. Classon* of Oconto.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on June 23, 1930.

TORGERSON (O. P.), Appellant, vs. JENSEN, Respondent.

For the appellant: *Bull, Biart & Bieberstein* of Madison.

For the respondent: *Richmond, Jackman, Wilkie & Toebaas,* attorneys, and *Lawrence E. Hart* of counsel, all of Madison.

*By the Court.*—Judgment affirmed.

TORGERSON (STANLEY), by guardian *ad litem,* Appellant, vs. JENSEN, Respondent.

For the appellant: *Bull, Biart & Bieberstein* of Madison.

For the respondent: *Richmond, Jackman, Wilkie & Toebaas,* attorneys, and *Lawrence E. Hart* of counsel, all of Madison.

*By the Court.*—Judgment affirmed.